Application granted.

Dated: January 25, 2021
New York, New York

SO ORDERED:

*/s/ William H. Pauley III*
WILLIAM H. PAULEY III
U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------
JODYLYNN GIAMELLA
and JOHN GIAMELLA,

          Plaintiffs,

   -against-

WRIGHT MEDICAL TECHNOLOGY, INC.
and JOHN DOES 1-25,

          Defendants.
---------------------------------------------------------------

Case No. 18-cv-0645

**NOTICE OF RELATED CASE**

MEMO ENDORSED

Plaintiffs, by the undersigned attorney, set forth the following as and for their Notice of Related Case pursuant to S.D.N.Y. LCivR 1.6(a):

To the best of Plaintiffs' knowledge, information and belief, this action arises from a common nucleus of operative fact with MDL Case No. 4:20-md-2949-KGB In Re: Profemur Hip Implant Products Liability, United States District Court, Eastern District of Arkansas, and actions brought under or removed to such MDL.

On January 21, 2021 Conditional Transfer Order [CTO-13] was entered by the Judicial Panel of Multidistrict Litigation, transferring this case to the above referenced MDL, if no opposition is filed by January 28, 2021. On January 21, 2021 that Conditional Transfer Order [CTO-13] was entered in the E.D. of Arkansas, In Re: Profemur Hip Implant Products Liability, 4:20-md-2949, Doc. No. 198, attached hereto as Exhibit 1. Barring an objection to this transfer, which is not expected, this matter will shortly be ordered to be transferred MDL 2949 for further proceedings in that court,

Respectfully submitted this 22nd day of January 2021.

s/ *Stephen A. Weingrad*
Stephen A. Weingrad
Law Offices of Weingrad & Weingrad, P.C.
233 East 35th Street, # 1
New York, NY 10016
Telephone: 212-244-4187
Facsimile: 914-462-4426
stephenweingrad@hotmail.com
*Attorney for Plaintiffs*